*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MORTADA MOHAMED ADAM EISSA
Plaintiff

Case No.1:26-cv-00100-DCJ-KDM

VS.
WARDEN, et al.,
Defendant

Judge David C Joseph
Magistrate Judge Kayla D McClusky

**ORDER**

IT IS ORDERED that <u>Rafael Urena</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the ___23rd___ day of <u>January</u>, 2026.

_____
U.S. Magistrate Judge