UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MORTADA MOHAMED ADAM EISSA** | **CIVIL DOCKET NO. 1:26-cv-00100** <br> **SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KRISTI NOEM, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge recommending that Petitioner's request for habeas corpus be granted on the basis of Respondents' violation of Petitioner's right to procedural due process under the Fifth Amendment. [Doc. 11]. Respondents filed an objection to the R&R on June 30, 2026. [Doc. 16].

Subsequent to the issuance of the R&R on June 24, 2026, the Fifth Circuit issued an opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026), in which a panel majority of the Fifth Circuit substantively addressed the scope of the liberty interest against government detention afforded to aliens under the due process clause of the Fifth Amendment.

Thereafter, on July 10, 2026, the Fifth Circuit "voted in favor, on the Court's own motion, to rehear the case *en banc*" and vacated the panel opinion in *Sosnava Rodriguez*.

In the Court's considered judgment, the Fifth Circuit's forthcoming *en banc* decision in *Sosnava Rodriguez* regarding the scope and application of the due process

Page 1 of 2

clause will likely be dispositive in this matter. Accordingly, the Court declines to adopt the R&R at this time and STAYS this matter, pending the final resolution of *Sosnava Rodriguez v. Ortega,* No.26-50183.

Considering the foregoing,

IT IS HEREBY ORDERED that this matter is STAYED until further order of the Court.

IT IS FURTHER ORDERED that counsel shall advise the Court within three (3) days of the issuance of the opinion in *Sosnava Rodriguez* or of any other material change in circumstance.

IT IS FURTHER ORDERED that this matter is administratively closed pending the Court's issuance of an Order lifting the stay.

THUS, DONE AND SIGNED in Chambers on this 14th day of July 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE